In the Matter of the Application of ANNA GRAF, Appellant.

19 AND 146 RIVINGTON STREET CORPORATION, Respondent.

(Submitted May 20, 1935; decided June 11, 1935.)

*Jerome A. Strauss* for motion.

*Jay Leo Rothschild* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, as the appeal may be taken as of right, the order being final and having been modified by the Appellate Division.